| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>LAW OFFICES OF DARIN D. PINTO, P.C.<br>376 South Avenue East<br>Westfield, New Jersey 07090<br>(908) 317-9405<br>Attorneys for Debtors<br>Michael M. Tallarida and Nicole J. Tallarida | **Order Filed on September 13,<br>2019 by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey** |

| | | |
|---|---|---|
| In Re:<br><br>MICHAEL M. TALLARIDA and NICOLE J. TALLARIDA,<br>　　　　　　　　　Debtors. | Case No.:<br><br>Chapter:<br><br>Judge: | 19-10082<br><br>13<br><br>SLM |

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

　　The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 13, 2019**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on   February 14, 2019   :

Property:   101 Brookline Avenue, Nutley, New Jersey 07110

Creditor:   Rushmore Loan Management Services, LLC

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by   Debtors  , and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including   December 20, 2019   .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2