DARIN D. PINTO, ESQ.
376 SOUTH AVENUE EAST
WESTFIELD, NJ  07090

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
Chapter 13 Case # 19-10082

Re:   MICHAEL M TALLARIDA                                    Atty:  DARIN D. PINTO, ESQ.
      NICOLE J TALLARIDA                                            376 SOUTH AVENUE EAST
      101 BROOKLINE AVENUE                                          WESTFIELD, NJ  07090
      NUTLEY,  NJ  07110

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $8,000.00**

## RECEIPTS AS OF 01/15/2020   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/09/2019 | $200.00 | 5531315000 | 02/14/2019 | $200.00 | 5622728000 |
| 03/19/2019 | $200.00 | 5712642000 | 05/28/2019 | $225.00 | 5884096000 |
| 06/25/2019 | $225.00 | 5963161000 | 07/15/2019 | $225.00 | 6012156000 |
| 08/15/2019 | $225.00 | 6098558000 | 09/23/2019 | $225.00 | 6193837000 |
| 10/16/2019 | $225.00 | 6257505000 | 11/19/2019 | $225.00 | 6341587000 |
| 12/17/2019 | $225.00 | 6412083000 | 01/15/2020 | $225.00 | 6485106000 |

**Total Receipts: $2,625.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $2,625.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020   (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 120.38 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,750.00 | 100.00% | 2,078.02 | 671.98 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | US DEPARTMENT OF EDUCATION | UNSECURED | 22,618.02 | * | 0.00 | |
| 0003 | ONLINE COLLECTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | RUSHMORE LOAN MANAGEMENT SERVI | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0005 | SYNCB/OLD NAVYDC | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 388.83 | 100.00% | 0.00 | |
| 0008 | WELLS FARGO OPERATIONS CENTER | UNSECURED | 17,827.13 | * | 0.00 | |
| 0011 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 83.23 | * | 0.00 | |

**Total Paid: $2,198.40**
See Summary

**Chapter 13 Case # 19-10082**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $2,625.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $2,198.40    =    Funds on Hand: $426.60

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.