UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

LAW OFFICES OF DARIN D. PINTO, P.C.
376 South Avenue East
Westfield, New Jersey 07090
(908) 317-9405

Attorneys for Debtors
Michael M. Tallarida and Nicole J. Tallarida

In Re:

MICHAEL M. TALLARIDA and NICOLE J. TALLARIDA,

Debtors.

Case No.:  19-10082

Chapter:  13

Judge:  SLM

# CERTIFICATION OF DEBTOR'S COUNSEL
## SUPPORTING SUPPLEMENTAL CHAPTER 13 FEE

_____Darin D. Pinto_____, Esquire, certifies as follows:

1. I represent the debtor in connection with the following proceeding(s) in debtor's chapter 13 case:

**STANDARD FEES**

☒ Prosecution of motion on behalf of debtor.                                            $500.00

    Nature of motion:   Motion to Approve

                                     Loan Modification

    Hearing date(s):   N/A

☐ Defense of motion on behalf of debtor (Including filing                               $400.00

    Objection to Creditor's or Trustee's Certification of Default).

    Nature of motion:

    Hearing date(s):

☐ Additional court appearance(s). (Not to exceed three).                                $100.00

    Purpose:

    Hearing date(s):

☒ Filing and appearance on a modified Chapter 13 Plan.                                  $300.00

☐ Preparation of Wage Order                                                             $100.00

☐ Preparation and filing of Amendments to Schedules D, E, F, G, H                       $100.00
   or List of Creditors

☒ Preparation and filing of other amended schedules                                     $100.00

☐ Preparation and filing of Application for Retention of Professional                   $200.00

☐ Preparation and filing of Notice of Sale or Settlement of Controversy                 $100.00

2

## NON-STANDARD FEES

**Do not combine standard and non-standard fees for the same motion or service. If you believe the standard fee is inappropriate for services in a particular instance, you must request only non-standard fees for that particular service.**

Describe non-standard services in detail, and attach a time detail (including applicable hourly rates) as Exhibit A:_____

_____

_____

_____

Describe non-standard expenses in detail:

_____

_____

_____

_____

2. To date, in this case:

   I have applied for fees (including original retainer) in the amount of:   $4750.00

   To date, I have received:   $4750.00

3. I seek compensation for services rendered in the amount of $ _____900.00_____ payable:

   ☒ through the chapter 13 plan as an administrative priority.

   ☐ outside the plan.

4. ☒ This allowance will not impact on plan payments.

   ☐ This allowance will impact on plan payments.

   Present plan:     $ _____ per month for _____ months.

   Proposed Plan:    $ _____ per month for _____ months.

3

5.     I have not filed a supplemental fee application within the preceding 120 days.

I certify under penalty of perjury that the above is true.

Date: <u>February 20, 2020</u>                        <u>/s/ Darin D. Pinto</u>
                                                               Signature

*rev. 8/1/18*