Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−10082−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael M Tallarida                                  Nicole J Tallarida
   101 Brookline Avenue                         aka Nicole J Pilla
   Nutley, NJ 07110                                 101 Brookline Avenue
                                               Nutley, NJ 07110

Social Security No.:
   xxx−xx−2388                                           xxx−xx−0553

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 3/25/20 at 10:00 AM

to consider and act upon the following:

*68* − Application for Compensation for Darin D Pinto, Debtor's Attorney, period: 1/8/2020 to 2/20/2020, fee: $900.00, expenses: $0.00. Filed by Darin D Pinto. Objection deadline is 2/27/2020. (Attachments: # 1 Certificate of Service) (Pinto, Darin) Modified on 2/20/2020 (Heim, Robert). NO PROPOSED ORDER ATTACHED.

*70* − Limited Objection to Debtor(s) Attorney's Application for Compensation (related document:68 Application for Compensation for Darin D Pinto, Debtor's Attorney, period: 1/8/2020 to 2/20/2020, fee: $900.00, expenses: $0.00. Filed by Darin D Pinto. Objection deadline is 2/27/2020. (Attachments: # 1 Certificate of Service) (Pinto, Darin) Modified on 2/20/2020 (Heim, Robert). NO PROPOSED ORDER ATTACHED. filed by Debtor Michael M Tallarida, Joint Debtor Nicole J Tallarida) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 2/24/20

                                                                            Jeanne Naughton
                                                              Clerk, U.S. Bankruptcy Court