Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.: 19−10082−SLM
                              Chapter:  13
                              Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Michael M Tallarida                            Nicole J Tallarida
   101 Brookline Avenue                       aka Nicole J Pilla
   Nutley, NJ 07110                               101 Brookline Avenue
                                                       Nutley, NJ 07110

Social Security No.:
   xxx−xx−2388                                        xxx−xx−0553

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on May 23, 2019.

    On 2/20/2020 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                 March 25, 2020
Time:               08:30 AM
Location:         Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: February 26, 2020
JAN: smz

                                                                                                           Jeanne Naughton
                                                                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Michael M Tallarida
Nicole J Tallarida
        Debtors

Case No. 19-10082-SLM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 2           Date Rcvd: Feb 26, 2020
                            Form ID: 185             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2020.
db/jdb        +Michael M Tallarida,   Nicole J Tallarida,    101 Brookline Avenue,   Nutley, NJ 07110-2965
517950424    ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank of America,     PO Box 982238,   El Paso, TX 79998)
517950427     +Rushmore Loan Management Services LLC,   15480 Laguna Canyon Rd.,    STE 100,
                Irvine, CA 92618-2132
517950429    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Financial Services,    PO Box 5855,
                Carol Stream, IL 60197-5855)
518049199     +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
518047165     +US Bank, NA as Legal Title Trustee,   for Truman 2016 SC6 Title Trust,
                c/o Rushmore Loan Management Services,   PO Box 55004,   Irvine, CA 92619-5004
517950430     +Wells Fargo Bank,   PO Box 3117,   Winston Salem, NC 27102-3117
518101249      Wells Fargo Bank, N.A.,   Default Document Processing,    MAC# N9286-01Y,
                1000 Blue Gentian Road,   Eagan MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 27 2020 00:59:40      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 27 2020 00:59:37      United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517950425     +E-mail/Text: electronicbkydocs@nelnet.net Feb 27 2020 00:59:43      Dept of Education/NELNET,
                121 S 13th Street,   Lincoln, NE 68508-1904
517950426     +E-mail/Text: bankruptcy@onlineis.com Feb 27 2020 01:00:18      Online Collections,   PO Box 1489,
                Winterville, NC 28590-1489
517950428     +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2020 00:55:00      SYNCB/Old NavyDC,   PO Box 965005,
                Orlando, FL 32896-5005
517952568     +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2020 00:53:06      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517976609     +E-mail/Text: electronicbkydocs@nelnet.net Feb 27 2020 00:59:43      U.S. Department of Education,
                C/O Nelnet,   121 South 13th Street, Suite 201,   Lincoln, NE 68508-1911
518060787     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 27 2020 01:06:29      Verizon,
                by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2020 at the address(es) listed below:
              Darin D Pinto    on behalf of Debtor Michael M Tallarida dpintolaw@comcast.net
              Darin D Pinto    on behalf of Joint Debtor Nicole J Tallarida dpintolaw@comcast.net
              Emmanuel J. Argentieri    on behalf of Creditor   US Bank, NA as Legal Title Trustee for Truman
               2016 SC6 Title Trust bk@rgalegal.com
              Kevin Gordon McDonald    on behalf of Creditor   Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Feb 26, 2020
                              Form ID: 185             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
TOTAL: 6