**LAW OFFICES OF DARIN D. PINTO, P.C.**
376 South Avenue East
Westfield, New Jersey 07090
(908) 317-9405
Attorneys for Debtors
  Michael M. Tallarida and Nicole J. Tallarida

| In re:<br><br>MICHAEL M. TALLARIDA and NICOLE J. TALLARIDA,<br><br>    Debtors. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Chapter 13<br><br>Case No. 19-10082 (SLM) |
|---|---|

**NOTICE OF WITHDRAWAL OF DOCUMENT**
**[MODIFIED CHAPTER 13 PLAN AFTER CONFIRMATION - DOCKET NO. 66]**

PLEASE TAKE NOTICE that Debtors Michael M. Tallarida and Nicole J. Tallarida, by and through their undersigned counsel, hereby withdraw, without prejudice, the *Modified Chapter 13 Plan after Confirmation* [Docket No. 66], which was filed on February 20, 2020.

Dated: March 10, 2020

LAW OFFICES OF DARIN D. PINTO, P.C.

   /s/ Darin D. Pinto
Darin D. Pinto, Esq.
376 South Avenue East
Westfield, New Jersey 07090
(908) 317-9405
Attorneys for Debtors
Michael M. Tallarida and Nicole J. Tallarida