Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 19−10082−SLM
                Chapter: 13
                Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael M Tallarida                                     Nicole J Tallarida
   101 Brookline Avenue                                  aka Nicole J Pilla
   Nutley, NJ 07110                                         101 Brookline Avenue
                                                            Nutley, NJ 07110

Social Security No.:
   xxx−xx−2388                                                   xxx−xx−0553

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                4/8/20
Time:              08:30 AM
Location:        Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 12, 2020
JAN: smz

                                                       Jeanne Naughton
                                                       Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Michael M Tallarida
Nicole J Tallarida
     Debtors

Case No. 19-10082-SLM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Mar 12, 2020
                          Form ID: 132    Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2020.
```
db/jdb         +Michael M Tallarida,   Nicole J Tallarida,    101 Brookline Avenue,    Nutley, NJ 07110-2965
517950424     ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank of America,    PO Box 982238,    El Paso, TX 79998)
517950427      +Rushmore Loan Management Services LLC,   15480 Laguna Canyon Rd.,    STE 100,
                 Irvine, CA 92618-2132
517950429     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Financial Services,    PO Box 5855,
                 Carol Stream, IL 60197-5855)
518049199      +Toyota Motor Credit Corporation,   PO Box 9013,    Addison, Texas 75001-9013
518047165      +US Bank, NA as Legal Title Trustee,   for Truman 2016 SC6 Title Trust,
                 c/o Rushmore Loan Management Services,    PO Box 55004,    Irvine, CA 92619-5004
517950430      +Wells Fargo Bank,   PO Box 3117,    Winston Salem, NC 27102-3117
518101249       Wells Fargo Bank, N.A.,   Default Document Processing,    MAC# N9286-01Y,
                 1000 Blue Gentian Road,    Eagan MN 55121-7700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 13 2020 01:00:20     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 13 2020 01:00:16     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517950425     +E-mail/Text: electronicbkydocs@nelnet.net Mar 13 2020 01:00:24     Dept of Education/NELNET,
                 121 S 13th Street,    Lincoln, NE 68508-1904
517950426     +E-mail/Text: bankruptcy@onlineis.com Mar 13 2020 01:00:57     Online Collections,   PO Box 1489,
                 Winterville, NC 28590-1489
517950428     +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2020 01:03:05     SYNCB/Old NavyDC,   PO Box 965005,
                 Orlando, FL 32896-5005
517952568     +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2020 01:03:29     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517976609     +E-mail/Text: electronicbkydocs@nelnet.net Mar 13 2020 01:00:24     U.S. Department of Education,
                 C/O Nelnet,   121 South 13th Street, Suite 201,    Lincoln, NE 68508-1911
518060787     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 13 2020 01:26:40     Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 8
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2020                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2020 at the address(es) listed below:
```
              Darin D Pinto    on behalf of Debtor Michael M Tallarida dpintolaw@comcast.net
              Darin D Pinto    on behalf of Joint Debtor Nicole J Tallarida dpintolaw@comcast.net
              Emmanuel J. Argentieri    on behalf of Creditor    US Bank, NA as Legal Title Trustee for Truman
               2016 SC6 Title Trust bk@rgalegal.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Mar 12, 2020
                               Form ID: 132             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 6