**LAW OFFICES OF DARIN D. PINTO, P.C.**
376 South Avenue East
Westfield, New Jersey 07090
(908) 317-9405
Attorneys for Debtors
  Michael M. Tallarida and Nicole J. Tallarida

| | |
|---|---|
| In re:<br><br>MICHAEL M. TALLARIDA and NICOLE J. TALLARIDA,<br><br>           Debtors. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Chapter 13<br><br>Case No. 19-10082 (SLM) |

**NOTICE OF WITHDRAWAL OF DOCUMENT**
**[SECOND MODIFIED CHAPTER 13 PLAN AFTER CONFIRMATION - DOCKET NO. 83]**

PLEASE TAKE NOTICE that Debtors Michael M. Tallarida and Nicole J. Tallarida, by and through their undersigned counsel, hereby withdraw, without prejudice, the *Second Modified Chapter 13 Plan after Confirmation* [Docket No. 83], which was filed on May 10, 2020.

Dated: May 1, 2020

                                        LAW OFFICES OF DARIN D. PINTO, P.C.


                                             /s/ Darin D. Pinto
                                        Darin D. Pinto, Esq.
                                        376 South Avenue East
                                        Westfield, New Jersey 07090
                                        (908) 317-9405
                                        Attorneys for Debtors
                                        Michael M. Tallarida and Nicole J. Tallarida