| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with**<br>**D.N.J.LBR 9004-1** |
| **STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* |
| In re:<br><br>Michael M. Tallarida<br>Nicole J. Tallarida,<br><br>                              Debtors. |

Order Filed on July 30, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Chapter 13

Case No. 19-10082-SLM

Hearing Date: August 12, 2020

Judge Stacey L. Meisel

## CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: July 30, 2020**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor: Michael M. Tallarida and Nicole J. Tallarida
Case No.: 19-10082-SLM
Caption of Order: **CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate the Automatic Stay ("Motion") filed by Toyota Motor Credit Corporation ("Creditor"), and whereas the post-petition arrearage as of July 23, 2020 was $1,665.96, and whereas the Debtors and Creditor seek to resolve the Motion, it is **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **2012 Toyota RAV4; VIN: 2T3BF4DV1CW184045** ("Property") provided that the Debtors comply with the following:

   a. Beginning on or before August 17, 2020, the Debtors shall cure the post-petition arrearage amount of $1,665.96 by making 6 consecutive monthly payments of $277.66 each month due on or before the 17th day of each month until paid in full; and

   b. In addition to the above payments, the Debtors shall resume making the regular monthly payments to Creditor as they become due beginning with the August 17, 2020 payment and continuing thereon, as required by the underlying loan documents.

2. All payments due hereunder shall be sent directly to Creditor at the following address: Toyota Motor Credit Corporation P.O. Box 9490, Cedar Rapids, Iowa 52409-9490.

3. The Debtors will be in default under the Consent Order in the event that the Debtors fail to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtors fail to make any payment due to Creditor under the Chapter 13 Plan.

4.     If the Debtors fail to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtors and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with respect to the Property.

5.     Creditor is awarded reimbursement of attorney fees and costs in the amount of $250.00 and $181.00, respectfully to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:

| | |
|---|---|
| */s/ Darin D. Pinto* | */s/Gavin N. Stewart* |
| Darin D. Pinto, Esq. | Gavin N. Stewart, Esq. |
| Law Offices of Darin D. Pinto, P.C. | Stewart Legal Group, P.L. |
| 376 South Avenue East | 401 East Jackson Street, Suite 2340 |
| Westfield, NJ 07090 | Tampa, FL 33602 |
| *Counsel for Debtors* | *Counsel for Creditor* |