| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF DARIN D. PINTO, P.C.<br>376 South Avenue East<br>Westfield, New Jersey 07090<br>(908) 317-9405<br><br>Attorneys for Debtors<br>Michael M. Tallarida and Nicole J. Tallarida | |
| In Re:<br><br>MICHAEL M. TALLARIDA and NICOLE J. TALLARIDA,<br>　　　　　Debtors. | Case No.: 19-10082<br>Chapter: 13<br>Adv. No.: _____<br>Hearing Date: _____<br>Judge: SLM |

## CERTIFICATION OF SERVICE

1. I, _____Darin D. Pinto_____ :

   ☒ represent _____Debtors_____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____August 18, 2020_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Chapter 13 Debtors' Attorney Fee Application Cover, Certification of Debtors' Counsel Supporting Supplemental Ch. 13 Fees and Proposed Form of Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____August 18, 2020_____　　　　　/s/ Darin D. Pinto
　　　　　　　　　　　　　　　　　　　　　　Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Standing Ch. 13 Trustee<br>30 Two Bridges Road, Suite 330<br>Fairfield, New Jersey 07004 | Standing Ch. 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2