Form 226 – 3004claimntc.jsp

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 19−10082−SLM
                        Chapter: 13
                        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael M Tallarida | Nicole J Tallarida |
| 101 Brookline Avenue | aka Nicole J Pilla |
| Nutley, NJ 07110 | 101 Brookline Avenue |
| | Nutley, NJ 07110 |

Social Security No.:
  xxx−xx−2388                                     xxx−xx−0553

Employer's Tax I.D. No.:

### Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

     Please be advised that Darin D Pinto attorney for the Debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on 11/30/2020.

US Bank, NA as Legal Title Trustee
for Truman 2016 SC6 Title Trust
c/o Rushmore Loan Management Services
PO Box 55004
Irvine, CA 92619

Dated: December 10, 2020
JAN: dmc

                                                                                           Jeanne Naughton
                                                                                          Clerk