DARIN D. PINTO, ESQ.
376 SOUTH AVENUE EAST
WESTFIELD, NJ 07090

Re: MICHAEL M TALLARIDA        Atty: DARIN D. PINTO, ESQ.
NICOLE J TALLARIDA             376 SOUTH AVENUE EAST
101 BROOKLINE AVENUE        WESTFIELD, NJ 07090
NUTLEY, NJ 07110

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
#### Chapter 13 Case # 19-10082

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $25,445.32**

## RECEIPTS AS OF 01/15/2021      (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/09/2019 | $200.00 | 5531315000 | 02/14/2019 | $200.00 | 5622728000 |
| 03/19/2019 | $200.00 | 5712642000 | 05/28/2019 | $225.00 | 5884096000 |
| 06/25/2019 | $225.00 | 5963161000 | 07/15/2019 | $225.00 | 6012156000 |
| 08/15/2019 | $225.00 | 6098558000 | 09/23/2019 | $225.00 | 6193837000 |
| 10/16/2019 | $225.00 | 6257505000 | 11/19/2019 | $225.00 | 6341587000 |
| 12/17/2019 | $225.00 | 6412083000 | 01/15/2020 | $225.00 | 6485106000 |
| 02/19/2020 | $225.00 | 6571664000 | 03/30/2020 | $225.00 | 6671824000 |
| 04/20/2020 | $225.00 | 6727692000 | 05/20/2020 | $225.00 | 6802286000 |
| 06/15/2020 | $220.32 | 6865887000 | 07/20/2020 | $100.00 | 6947913000 |
| 08/19/2020 | $100.00 | 7021994000 | 09/14/2020 | $100.00 | 7084947000 |
| 10/15/2020 | $100.00 | 7160533000 | 11/19/2020 | $100.00 | 7245658000 |
| 12/28/2020 | $100.00 | 7329373000 | | | |

**Total Receipts: $4,345.32 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $4,345.32**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021      (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 250.30 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,050.00 | 100.00% | 4,002.52 | 47.48 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | US DEPARTMENT OF EDUCATION | UNSECURED | 22,618.02 | * | 0.00 | |
| 0003 | ONLINE COLLECTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | RUSHMORE LOAN MANAGEMENT SERVI | MORTGAGE ARRI | 0.00 | 100.00% | 0.00 | |
| 0005 | SYNCB/OLD NAVYDC | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURI | 388.83 | 100.00% | 0.00 | |
| 0008 | WELLS FARGO OPERATIONS CENTER | UNSECURED | 17,827.13 | * | 0.00 | |

**Chapter 13 Case # 19-10082**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| 0011 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 83.23 | * | 0.00 | |
| 0014 | TOYOTA MOTOR CREDIT CORPORATION | (NEW) Auto Agreed | 431.00 | 100.00% | 0.00 | |
| 0015 | RUSHMORE LOAN MANAGEMENT SERVI | ADMINISTRATIVE | 18,167.76 | 100.00% | 0.00 | |

**Total Paid:  $4,252.82**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $4,345.32          -      Paid to Claims: $0.00          -      Admin Costs Paid: $4,252.82    =    Funds on Hand: $92.50

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.