B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

### District of New Jersey

In re  MICHAEL AND NICOLE TALLARIDA _____,          Case No.  19-10082/SLM _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. Bank Trust National Association as | U.S. Bank Trust NA as Trustee |
| Name of Transferee  Trustee of Igloo Series IV Trust | Name of Transferor  Truman 2016 SC6 Title Trust |

Name and Address where notices to transferee should be sent:
  Rushmore Loan Management Services
  P.O. Box 55004, Irvine, CA 92619-2708

Court Claim # (if known): _____2_____
Amount of Claim: _____$313,178.53_____
Date Claim Filed: _____02/25/2019_____

Phone:  888-504-6700 _____
Last Four Digits of Acct #: _____ 8853 _____

Phone:  888-504-6700 _____
Last Four Digits of Acct. #: _____ 8853 _____

Name and Address where transferee payments should be sent (if different from above):
  Rushmore Loan Management Services
  P.O. Box 52708, Irvine, CA 92619

Phone:  888-504-6700 _____
Last Four Digits of Acct #: _____ 8853 _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/EMMANUEL J. ARGENTIERI _____          Date: 01/25/2021 _____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.