| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
|---|---|
| | Case No.: 19-10082 |
| IN RE:<br><br>MICHAEL M TALLARIDA<br>NICOLE J TALLARIDA | Adv. No.: |
| | Hearing Date: |
| | Judge:  SLM |

## CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 11/10/2021, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtors:
MICHAEL M TALLARIDA
NICOLE J TALLARIDA
101 BROOKLINE AVENUE
NUTLEY, NJ  07110
Mode of Service:  Regular Mail

Attorney for Debtor(s):
DARIN D. PINTO, ESQ.
376 SOUTH AVENUE EAST
WESTFIELD, NJ  07090
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  November 10, 2021

By:  /S/  Jessica Antoine
Jessica Antoine