| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with<br>D.N.J.LBR 9004-1<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* |
|---|
| In re:<br><br>Michael M. Tallarida and<br>Nicole J. Tallarida<br><br>                                    Debtors. |

Order Filed on November 8, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Chapter: 13

Case No.: 19-10082-SLM

Judge Stacey L. Meisel

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 8, 2021**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the motion of Toyota Motor Credit Corporation ("movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Personal property more fully described as:

**2012 TOYOTA RAV4; VIN: 2T3BF4DV1CW184045**

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-10082-SLM

Michael M Tallarida  Chapter 13

Nicole J Tallarida

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2
Date Rcvd: Nov 08, 2021    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Michael M Tallarida, Nicole J Tallarida, 101 Brookline Avenue, Nutley, NJ 07110-2965 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Darin D Pinto | on behalf of Debtor Michael M Tallarida dpintolaw@comcast.net |
| Darin D Pinto | on behalf of Joint Debtor Nicole J Tallarida dpintolaw@comcast.net |
| Emmanuel J. Argentieri | on behalf of Creditor US Bank NA as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com |
| Emmanuel J. Argentieri | on behalf of Creditor U.S. Bank Trust National Association asTrustee of Igloo Series IV Trust bk@rgalegal.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Jonathan C. Schwalb | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 08, 2021 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor U.S. Bank Trust National Association asTrustee of Igloo Series IV Trust bankruptcy@friedmanvartolo.com

Kevin Gordon McDonald
on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

Marie-Ann Greenberg
magecf@magtrustee.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9