Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 19−10082−SLM
          Chapter: 13
          Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael M Tallarida | Nicole J Tallarida |
| 101 Brookline Avenue | aka Nicole J Pilla |
| Nutley, NJ 07110 | 101 Brookline Avenue |
| | Nutley, NJ 07110 |

Social Security No.:
  xxx−xx−2388                                       xxx−xx−0553

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 12/8/21 at 10:00 AM

to consider and act upon the following:

*135* − Limited Objection to Trustee's Certification in Support of Default (related document:132 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 11/24/2021. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Darin D Pinto on behalf of Michael M Tallarida, Nicole J Tallarida. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Pinto, Darin)

Dated: 11/19/21

                                                                                Jeanne Naughton
                                                                                Clerk, U.S. Bankruptcy Court