**LAW OFFICES OF DARIN D. PINTO, P.C.**
376 South Avenue East
Westfield, New Jersey 07090
(908) 317-9405
Attorneys for Debtors
  Michael M. Tallarida and Nicole J. Tallarida

| | |
|---|---|
| In re:<br><br>MICHAEL M. TALLARIDA and NICOLE J. TALLARIDA,<br><br>　　　　Debtors. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Chapter 13<br><br>Case No. 19-10082 (SLM) |

**NOTICE OF WITHDRAWAL OF DOCUMENT – DOCKET NO. 152**
**[AMENDED CERTIFICATE OF SERVICE]**

PLEASE TAKE NOTICE that Debtors Michael M. Tallarida and Nicole J. Tallarida, by and through their undersigned counsel, hereby withdraw, without prejudice, the *Amended Certificate of Service* [Docket No. 152], which was filed on January 3, 2022.

Dated:  January 3, 2022

　　　　　　　　　　　　　　　　　　　　LAW OFFICES OF DARIN D. PINTO, P.C.


　　　　　　　　　　　　　　　　　　　　　　　/s/ Darin D. Pinto　　　　　　　　
　　　　　　　　　　　　　　　　　　　　Darin D. Pinto, Esq.
　　　　　　　　　　　　　　　　　　　　376 South Avenue East
　　　　　　　　　　　　　　　　　　　　Westfield, New Jersey 07090
　　　　　　　　　　　　　　　　　　　　(908) 317-9405
　　　　　　　　　　　　　　　　　　　　Attorneys for Debtors
　　　　　　　　　　　　　　　　　　　　Michael M. Tallarida and Nicole J. Tallarida