Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                   Case No.:  19−10082−SLM
                                   Chapter:  13
                                   Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael M Tallarida                                         Nicole J Tallarida
   101 Brookline Avenue                                  aka Nicole J Pilla
   Nutley, NJ 07110                                            101 Brookline Avenue
                                                                   Nutley, NJ 07110

Social Security No.:
   xxx−xx−2388                                                  xxx−xx−0553
Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 9, 2022.

Dated: February 9, 2022
JAN: ntp

                                                                                   Jeanne Naughton
                                                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:   Case No. 19-10082-SLM
Michael M Tallarida   Chapter 13
Nicole J Tallarida
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2   User: admin   Page 1 of 2
Date Rcvd: Feb 09, 2022   Form ID: plncf13   Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael M Tallarida, Nicole J Tallarida, 101 Brookline Avenue, Nutley, NJ 07110-2965 |
| cr | + | Toyota Motor Credit Corporation, P.O. Box 340514, Tampa, FL 33694-0514 |
| 517950424 | + | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 517950427 | #+ | Rushmore Loan Management Services LLC, 15480 Laguna Canyon Rd., STE 100, Irvine, CA 92618-2132 |
| 518049199 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519083032 | + | U.S. Bank Trust NA Trustee Igloo Series IV Trust, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 519083033 | + | U.S. Bank Trust NA Trustee Igloo Series IV Trust, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619, U.S. Bank Trust NA Trustee Igloo Series c/o Rushmore Loan Management Services 92619-2708 |
| 518047165 | + | US Bank, NA as Legal Title Trustee, for Truman 2016 SC6 Title Trust, c/o Rushmore Loan Management Services, PO Box 55004, Irvine, CA 92619-5004 |
| 517950430 | + | Wells Fargo Bank, PO Box 3117, Winston Salem, NC 27102-3117 |
| 518101249 | + | Wells Fargo Bank, N.A., MAC# N9286-01Y, P.O. 1629, Minneapolis, MN 55440-1629 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 09 2022 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 09 2022 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517950425 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 09 2022 20:31:00 | Dept of Education/NELNET, 121 S 13th Street, Lincoln, NE 68508-1904 |
| 517950426 | + | Email/Text: bankruptcy@onlineis.com | Feb 09 2022 20:31:00 | Online Collections, PO Box 1489, Winterville, NC 28590-1489 |
| 517950428 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2022 20:34:12 | SYNCB/Old NavyDC, PO Box 965005, Orlando, FL 32896-5005 |
| 517952568 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2022 20:34:17 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517950429 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 09 2022 20:31:00 | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 518049199 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 09 2022 20:31:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517976609 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 09 2022 20:31:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 518060787 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 09 2022 20:34:21 | Verizon, by American InfoSource as agent, 4515 |

Case 19-10082-SLM    Doc 161    Filed 02/11/22    Entered 02/12/22 00:15:41    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 09, 2022 | Form ID: plncf13 | Total Noticed: 19 |

N Santa Fe Ave, Oklahoma City, OK 73118-7901

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 11, 2022          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Darin D Pinto | on behalf of Debtor Michael M Tallarida dpintolaw@comcast.net |
| Darin D Pinto | on behalf of Joint Debtor Nicole J Tallarida dpintolaw@comcast.net |
| Emmanuel J. Argentieri | on behalf of Creditor US Bank NA as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com |
| Emmanuel J. Argentieri | on behalf of Creditor U.S. Bank Trust National Association asTrustee of Igloo Series IV Trust bk@rgalegal.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Jonathan C. Schwalb | on behalf of Creditor U.S. Bank Trust National Association asTrustee of Igloo Series IV Trust bankruptcy@friedmanvartolo.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9