UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

LAW OFFICES OF DARIN D. PINTO, P.C.
376 South Avenue East
Westfield, New Jersey 07090
(908) 317-9405

Attorneys for Debtors
Michael M. Tallarida and Nicole J. Tallarida

Order Filed on February 15, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

MICHAEL M. TALLARIDA and NICOLE J. TALLARIDA,

Debtors.

Case No.: 19-10082

Chapter: 13

Judge: SLM

## ORDER GRANTING CHAPTER 13 DEBTOR'S ATTORNEY FEE APPLICATION

The relief set forth on the following page is **ORDERED**.

**DATED: February 15, 2022**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Darin D. Pinto_____, the applicant, is allowed a fee of $ _____500.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____500.00_____. The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____n/a____ per month for ____n/a____ months to allow for payment of the above fee.

*rev.8/1/15*