Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−10082−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael M Tallarida
101 Brookline Avenue
Nutley, NJ 07110

Nicole J Tallarida
aka Nicole J Pilla
101 Brookline Avenue
Nutley, NJ 07110

Social Security No.:
xxx−xx−2388

xxx−xx−0553

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 12/14/22 at 10:00 AM

to consider and act upon the following:

*166* − Creditor's Certification of Default (related document:108 Order on Motion For Relief From Stay) filed by Jonathan C. Schwalb on behalf of Rushmore Loan Management Services, LLC as servicer for U.S. Bank Trust National Association as trustee of Igloo Series IV Trust. Objection deadline is 11/16/2022. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) (Schwalb, Jonathan)

*167* − Limited Objection to Rushmore Loan Management Services LLC's Certification of Debtors' Default and Request for Entry of an Order Vacating the Automatic Stay as to Real Property (related document:166 Creditor's Certification of Default (related document:108 Order on Motion For Relief From Stay) filed by Jonathan C. Schwalb on behalf of Rushmore Loan Management Services, LLC as servicer for U.S. Bank Trust National Association as trustee of Igloo Series IV Trust. Objection deadline is 11/16/2022. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Rushmore Loan Management Services, LLC as servicer for U.S. Bank Trust National Association as trustee of Igloo Series IV Trust) filed by Darin D Pinto on behalf of Michael M Tallarida, Nicole J Tallarida. (Attachments: # 1 Certificate of Service) (Pinto, Darin)

Dated: 11/15/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court