Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−10082−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael M Tallarida
101 Brookline Avenue
Nutley, NJ 07110

Nicole J Tallarida
aka Nicole J Pilla
101 Brookline Avenue
Nutley, NJ 07110

Social Security No.:
xxx−xx−2388

xxx−xx−0553

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 12/14/22 at 10:00 AM

to consider and act upon the following:

*166* − Creditor's Certification of Default (related document:108 Order on Motion For Relief From Stay) filed by Jonathan C. Schwalb on behalf of Rushmore Loan Management Services, LLC as servicer for U.S. Bank Trust National Association as trustee of Igloo Series IV Trust. Objection deadline is 11/16/2022. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) (Schwalb, Jonathan)

*167* − Limited Objection to Rushmore Loan Management Services LLC's Certification of Debtors' Default and Request for Entry of an Order Vacating the Automatic Stay as to Real Property (related document:166 Creditor's Certification of Default (related document:108 Order on Motion For Relief From Stay) filed by Jonathan C. Schwalb on behalf of Rushmore Loan Management Services, LLC as servicer for U.S. Bank Trust National Association as trustee of Igloo Series IV Trust. Objection deadline is 11/16/2022. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Rushmore Loan Management Services, LLC as servicer for U.S. Bank Trust National Association as trustee of Igloo Series IV Trust) filed by Darin D Pinto on behalf of Michael M Tallarida, Nicole J Tallarida. (Attachments: # 1 Certificate of Service) (Pinto, Darin)

Dated: 11/15/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-10082-SLM

Michael M Tallarida  Chapter 13

Nicole J Tallarida

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2

Date Rcvd: Nov 15, 2022     Form ID: ntchrgbk     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael M Tallarida, Nicole J Tallarida, 101 Brookline Avenue, Nutley, NJ 07110-2965 |
| cr | + | Rushmore Loan Management Services, LLC as servicer, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2022      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2022 at the address(es) listed below:**

**Name**      **Email Address**

Darin D Pinto
    on behalf of Joint Debtor Nicole J Tallarida dpintolaw@comcast.net

Darin D Pinto
    on behalf of Debtor Michael M Tallarida dpintolaw@comcast.net

Emmanuel J. Argentieri
    on behalf of Creditor US Bank  NA as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com

Emmanuel J. Argentieri
    on behalf of Creditor U.S. Bank Trust National Association asTrustee of Igloo Series IV Trust bk@rgalegal.com

Gavin Stewart

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 15, 2022 | Form ID: ntchrgbk | Total Noticed: 2 |

on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

Jonathan C. Schwalb

on behalf of Creditor U.S. Bank Trust National Association asTrustee of Igloo Series IV Trust bankruptcy@friedmanvartolo.com jschwalb@ecf.courtdrive.com

Jonathan C. Schwalb

on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank Trust National Association as trustee of Igloo Series IV Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Jonathan C. Schwalb

on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Kevin Gordon McDonald

on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg

magecf@magtrustee.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11