UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

LAW OFFICES OF DARIN D. PINTO, P.C.
Darin D. Pinto
NJ Bar ID 016661991
376 South Avenue East
Westfield, New Jersey 07090
(908) 317-9405 (Phone)
(908) 317-317-9554 (Fax)
Attorneys for Debtors
   Michael M. Tallarida and Nicole J. Tallarida

In Re:

MICHAEL M. TALLARIDA and NICOLE J. TALLARIDA,
            Debtors.

Case No.: 19-10082

Chapter: 13

Adv. No.:

Hearing Date:

Judge: SLM

## CERTIFICATION OF SERVICE

1. I, Darin D. Pinto :

   ☒ represent Debtors in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On August 9, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Debtors' Limited Objection to Trustee's Certification in Support of Default

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: August 9, 2023

/s/ Darin D. Pinto
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Standing Ch. 13 Trustee<br>30 Two Bridges Road, Suite 330<br>Fairfield, New Jersey 07004 | Ch 13 Standing Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |