Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−10082−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael M Tallarida                           Nicole J Tallarida
   101 Brookline Avenue                          aka Nicole J Pilla
   Nutley, NJ 07110                              101 Brookline Avenue
                                                 Nutley, NJ 07110

Social Security No.:
   xxx−xx−2388                                   xxx−xx−0553

Employer's Tax I.D. No.:

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 9/13/23 at 10:00 AM

to consider and act upon the following:

*183* − Limited Objection to Application for Compensation (related document:182 Application for Compensation for Darin D Pinto, Debtor's Attorney, period: 8/8/2023 to 8/23/2023, fee: $400.00, expenses: $0.00. Filed by Darin D Pinto. Objection deadline is 8/25/2023. (Attachments: # 1 Certification of Darin D. Pinto in Support of Debtor Attorneys Fees # 2 Proposed Order # 3 Certificate of Service) filed by Debtor Michael M Tallarida, Joint Debtor Nicole J Tallarida) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 8/21/23

                                                 Jeanne Naughton
                                                 Clerk, U.S. Bankruptcy Court