LAW OFFICES OF DARIN D. PINTO, P.C.
Darin D. Pinto
NJ Bar ID 016661991
376 South Avenue East
Westfield, New Jersey 07090
(908) 317-9405 (Phone)
(908) 317-317-9554 (Fax)
Attorneys for Debtors
Michael M. Tallarida & Nicole J. Tallarida

| | |
|---|---|
| In re:<br><br>MICHAEL M. TALLARIDA and NICOLE J. TALLARIDA,<br><br>      Debtors. | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Chapter 13<br><br>Case No. 19-10082 (SLM) |

## NOTICE OF WITHDRAWAL OF DOCUMENT
### [FEE APPLICATION - DOCKET NO. 182]

PLEASE TAKE NOTICE that Debtors Michael M. Tallarida and Nicole J. Tallarida, by and through their undersigned counsel, hereby withdraw, without prejudice, Debtors' Attorney Fee Application [Docket No. 182], which was filed on August 18, 2023.

Dated: August 22, 2023

LAW OFFICES OF DARIN D. PINTO, P.C.

    /s/ Darin D. Pinto
Darin D. Pinto, Esq.
376 South Avenue East
Westfield, New Jersey 07090
(908) 317-9405
Attorneys for Debtors
Michael M. Tallarida and Nicole J. Tallarida