Order Filed on August 30, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

LAW OFFICES OF DARIN D. PINTO, P.C.
Darin D. Pinto, Esq.
NJ Bar ID 016661991
376 South Avenue East
Westfield, New Jersey 07090
(908) 317-9405 (Phone)
(908) 317-317-9554 (Fax)
Attorneys for Debtors
Michael M. Tallarida and Nicole J. Tallarida

In Re:

MICHAEL M. TALLARIDA and NICOLE J. TALLARIDA,

Debtors.

Case No.: 19-10082

Chapter: 13

Judge: SLM

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 30, 2023**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Darin D. Pinto_____, the applicant, is allowed a fee of $ _____900.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____900.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*