**LAW OFFICES OF DARIN D. PINTO, P.C.**
Darin D. Pinto
NJ Bar ID 016661991
376 South Avenue East
Westfield, New Jersey 07090
(908) 317-9405 (Phone)
(908) 317-317-9554 (Fax)
Attorneys for Debtors
Michael M. Tallarida & Nicole J. Tallarida

Order Filed on November 16, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

|  |  |
|---|---|
| In re:<br><br>MICHAEL M. TALLARIDA and NICOLE J. TALLARIDA,<br><br>Debtors. | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Chapter 13<br><br>Case No.: 19-10082 (SLM) |

**ORDER REINSTATING AUTOMATIC STAY REGARDING U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF IGLOO SERIES IV TRUST, ON BEHALF OF ITS SUCCESSORS AND/OR ASSIGNS**

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

**DATED: November 16, 2023**

Dated: November __, 2023

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon Consideration of the Motion of the Debtors, Michael M. Tallarida and Nicole J. Tallarida, to reinstate the automatic stay regarding secured creditor U.S. Bank Trust National Association as trustee of Igloo Series IV Trust ("U.S. Bank Trust"); and Notice of the Motion having been given to the secured creditor U.S. Bank Trust; and oral argument having been heard on the return date of this Motion; and the Court having found cause for an entry of an Order, it is hereby **ORDERED** that:

1. The automatic stay is reinstated as to U.S. Bank Trust served with the Notice of Motion as of the date of this order; and

2. That within three (3) days of the date of this Order, the Debtors must serve U.S. Bank Trust and parties of interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service*.

[ ]    Opposed

[ ]    Unopposed