UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF DARIN D. PINTO, P.C.
Darin D. Pinto
NJ Bar ID 016661991
376 South Avenue East
Westfield, New Jersey 07090
(908) 317-9405 (Phone)
(908) 317-317-9554 (Fax)
Attorneys for Debtors
Michael M. Tallarida & Nicole J. Tallarida

In Re:

MICHAEL M. TALLARIDA and NICOLE J. TALLARIDA,

Debtors.

Case No.: 19-10082
Chapter: 13
Adv. No.:
Hearing Date:
Judge: SLM

## CERTIFICATION OF SERVICE

1. I, __Darin D. Pinto__ :

   ☒ represent __Debtors__ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __November 16, 2023__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Order Reinstating Automatic Stay Regarding US Bank Trust National Association as Trustee if Igloo Series IV Trust, on Behalf of its Successors and/or Assigns

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __November 16, 2023__        /s/ Darin D. Pinto
                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004-1550 | Standing Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| FRIEDMAN VARTOLO LLP<br>1325 Franklin Avenue, Suite 160<br>Garden City, New York 11530 | Attorneys for Secured Creditor SN Servicing Corp., as Servicer | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| SN Servicing Corporation<br>323 5th Street<br>Eureka, CA 95501 | Servicer for Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |