**LAW OFFICES OF DARIN D. PINTO, P.C.**

Darin D. Pinto
NJ Bar ID 016661991
376 South Avenue East
Westfield, New Jersey 07090
(908) 317-9405 (Phone)
(908) 317-317-9554 (Fax)
Attorneys for Debtors
Michael M. Tallarida & Nicole J. Tallarida

Order Filed on November 16, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>MICHAEL M. TALLARIDA and NICOLE J. TALLARIDA,<br><br>Debtors. | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Chapter 13<br><br>Case No.: 19-10082 (SLM) |

**ORDER REINSTATING AUTOMATIC STAY REGARDING U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF IGLOO SERIES IV TRUST, ON BEHALF OF ITS SUCCESSORS AND/OR ASSIGNS**

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

**DATED: November 16, 2023**

Dated: November ___, 2023

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon Consideration of the Motion of the Debtors, Michael M. Tallarida and Nicole J. Tallarida, to reinstate the automatic stay regarding secured creditor U.S. Bank Trust National Association as trustee of Igloo Series IV Trust ("U.S. Bank Trust"); and Notice of the Motion having been given to the secured creditor U.S. Bank Trust; and oral argument having been heard on the return date of this Motion; and the Court having found cause for an entry of an Order, it is hereby **ORDERED** that:

1.      The automatic stay is reinstated as to U.S. Bank Trust served with the Notice of Motion as of the date of this order; and

2.      That within three (3) days of the date of this Order, the Debtors must serve U.S. Bank Trust and parties of interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service*.

[ ]      Opposed

[ ]      Unopposed

United States Bankruptcy Court

District of New Jersey

In re:                                                          Case No. 19-10082-SLM

Michael M Tallarida                                             Chapter 13

Nicole J Tallarida

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                     User: admin                        Page 1 of 2

Date Rcvd: Nov 16, 2023                  Form ID: pdf903                     Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Michael M Tallarida, Nicole J Tallarida, 101 Brookline Avenue, Nutley, NJ 07110-2965 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2023              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Charles G. Wohlrab | on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank Trust National Association as trustee of Igloo Series IV Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Charles G. Wohlrab | on behalf of Creditor U.S. Bank Trust National Association asTrustee of Igloo Series IV Trust bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Darin D Pinto | on behalf of Joint Debtor Nicole J Tallarida dpintolaw@comcast.net |
| Darin D Pinto | on behalf of Debtor Michael M Tallarida dpintolaw@comcast.net |
| Emmanuel J. Argentieri | on behalf of Creditor US Bank  NA as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com |

Emmanuel J. Argentieri
    on behalf of Creditor U.S. Bank Trust National Association asTrustee of Igloo Series IV Trust bk@rgalegal.com

Gavin Stewart
    on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

Jason Brett Schwartz
    on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank Trust National Association as trustee of Igloo Series IV Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Jonathan C. Schwalb
    on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Jonathan C. Schwalb
    on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank Trust National Association as trustee of Igloo Series IV Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Jonathan C. Schwalb
    on behalf of Creditor U.S. Bank Trust National Association asTrustee of Igloo Series IV Trust bankruptcy@friedmanvartolo.com jschwalb@ecf.courtdrive.com

Kevin Gordon McDonald
    on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 14