Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−10082−SLM
        Chapter: 13
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Michael M Tallarida                                        Nicole J Tallarida
   101 Brookline Avenue                                  aka Nicole J Pilla
   Nutley, NJ 07110                                             101 Brookline Avenue
                                                                   Nutley, NJ 07110

Social Security No.:
   xxx−xx−2388                                                   xxx−xx−0553

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 3/13/24 at 10:00 AM

to consider and act upon the following:

*200* – Creditor's Certification of Default (related document:108 Order on Motion For Relief From Stay) filed by Charles G. Wohlrab on behalf of SN Servicing Corporation as Servicer for U.S Bank Trust National Association as Trustee of Tiki Series IV Trust. Objection deadline is 02/29/2024. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) (Wohlrab, Charles)

*201* – Response to (related document:200 Creditor's Certification of Default (related document:108 Order on Motion For Relief From Stay) filed by Charles G. Wohlrab on behalf of SN Servicing Corporation as Servicer for U.S Bank Trust National Association as Trustee of Tiki Series IV Trust. Objection deadline is 02/29/2024. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor SN Servicing Corporation as Servicer for U.S Bank Trust National Association as Trustee of Tiki Series IV Trust) filed by Darin D Pinto on behalf of Michael M Tallarida, Nicole J Tallarida. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Certificate of Service) (Pinto, Darin)

Dated: 2/28/24

                                                                                            Jeanne Naughton
                                                                                            Clerk, U.S. Bankruptcy Court