UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Charles Wohlrab, Esq.
Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Attorneys for SN Servicing Corporation as servicer
for U.S. Bank Trust National Association as trustee of
Tiki  Series IV Trust
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

| | |
|---|---|
| In Re:<br><br>Michael M Tallarida<br>Nicole J Tallarida aka Nicole J Pilla<br>Debtors | Case No.:  19-10082-SLM<br><br>Chapter:  13<br><br>Hearing Date:  _____<br><br>Judge:  Stacey L. Meisel |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled            ☒ Withdrawn

Matter: Certification of Default filed February 15, 2024 at Docket# 200

_____

Date: March 6, 2024            /s/ Charles Wohlrab, Esq.
                               Signature

*rev.8/1/15*