Order Filed on June 13, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |  |
| In Re:<br><br>Michael M. Tallarida and Nicole J. Tallarida,<br><br>Debtors. | Case No.: 19-10082-SLM<br><br>Chapter: 13<br><br>Hearing Date: June 12, 2024<br><br>Judge: Stacey L. Meisel |

### ORDER DENYING MOTION TO CANCEL AND DISCHARGE MORTGAGE

The relief set forth on the following pages, numbered two (2) through two (2) is **ORDERED**.

**DATED: June 13, 2024**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| Debtors: | Michael M. Tallarida and Nicole J. Tallarida |
| Case No.: | 19-10082-SLM |
| Caption of Order: | Order Denying Motion To Cancel And Discharge Mortgage |
| Page: | 2 of 2 |

**THIS MATTER** having been brought before the Court on a *Motion To Cancel And Discharge Mortgage* (the "**Motion**") by Michael M. Tallarida and Nicole J. Tallarida; this Court finds:

**WHEREAS** the Motion is deficient for the following reason(s):

☐ **Failure to use required Local Forms.** *See* D.N.J. LBR 9009-1.

☐ **Failure to follow the requirements of Local Rule 9013-1, specifically:**

  ☐ **Failure to submit a notice of motion stating the date, time, and place of the hearing.** *See* D.N.J. LBR 9013-1(a)(1).

  ☐ **Failure to submit a certification containing the facts supporting the relief requested in compliance with D.N.J. LBR 7007-1.** *See* D.N.J. LBR 9013-1(a)(2).

  ☐ **Failure to submit a memorandum of law stating the legal basis for the relief requested, or a statement why a memorandum of law is unnecessary.** *See* D.N.J. LBR 9013-1(a)(3).

  ☐ **Failure to submit a proposed form of order.** *See* D.N.J. LBR 9013-4.

  ☐ **Failure to file a certification of service.** *See* D.N.J. LBR 9013-1(a)(5) and Local Form.

☐ **Failure to effectuate proper service.** *See* D.N.J. LBR 5005-1, Fed. R. Bankr. P. 2002, 9014, Fed. R. Bankr. P. 7004, and Fed. R. Bankr. P. 9010 as well as the Register of Governmental Units available on the Court's website.

☒ **Other:** Failure to serve parties who filed notice of appearances at ECF Nos. 8, 49, and 165.

It is hereby

**ORDERED** that the Motion is denied, without prejudice.