| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) <br><br> LAW OFFICES OF DARIN D. PINTO, P.C. <br> Darin D. Pinto <br> NJ Bar ID 016661991 <br> 376 South Avenue East <br> Westfield, New Jersey 07090 <br> (908) 317-9405 (Phone) <br> (908) 317-317-9554 (Fax) <br> Attorneys for Debtors <br>   Michael M. Tallarida and Nicole J. Tallarida | Order Filed on July 12, 2024 <br> by Clerk, <br> U.S. Bankruptcy Court <br> District of New Jersey |
| In Re: <br><br> MICHAEL M. TALLARIDA and NICOLE J. TALLARIDA, <br><br> Debtors. | Case No: 19-10082 <br><br> Chapter: 13 <br><br> Hearing Date: July 10, 2024 <br><br> Judge: SLM |

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☒ **MORTGAGE**    ☐ **LIEN**    ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

DATED: July 12, 2024

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address)  101 Brookline Avenue, Nutley, New Jersey 07110-2965

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: Wachovia Mortgage, FSB
b. Current Assignee: Wells Fargo Bank, NA
c. Current Servicer: Wells Fargo Bank, NA
d. Date of Mortgage/Lien: January 25, 2008
e. Date of Recordation: February 11, 2008
f. Place of Recordation: Essex County Clerk
   i. Mortgage Book: 12117
   ii. Page: 1188
g. Original Principal Balance of Mortgage/Lien: $ 20,000.00

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

2