## LAW OFFICES OF DARIN D. PINTO, P.C.

Attorneys at Law
376 South Avenue East
Westfield, New Jersey 07090
Telephone: (908) 317-9405
Facsimile: (908) 317-9554
dpintolaw@comcast.net

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2024 JUL 17 A 11: 22

JEANNE A. NAUGHTON

BY: _____
    DEPUTY CLERK

July 15, 2024

Clerk, Jeanne A. Naughton
United States Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102

Re:   Michael M. Tallarida & Nicole J. Tallarida - Case No. 19-10082 (SLM)
      <u>Certified copy of Order dated July 12, 2024</u>

Dear Ms. Naughton:

    Enclosed please find a check in the amount of $12.00 in connection with this request for a Certified Copy of the Order dated July 12, 2024 filed in the above-captioned case. This document is required by the title company to be filed in the Essex County Clerk in Newark, NJ. We enclose the best copy we have for your convenience.

    If you have any questions, please do not hesitate to contact this office. Otherwise kindly return the Certified Copy of the Order in the self-addressed stamped envelope provided for your convenience. Thank you for your time, courtesy and attention to this matter.

Very truly yours,

*Darin D. Pinto*

DARIN D. PINTO

*[Handwritten notation:] 1 Certificated outstanding fee Due $1.00 - for copy work*

*Done 7/17/24 NC*